# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1817
Lower Tribunal No. 02-16964

_____

**Parrish Kerney,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Parrish Kerney, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.